1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   JAMES DeBACCO,                          CASE NO. CV-F-04-5282 OWW SMS P

10                    Plaintiff,            ORDER GRANTING DEFENDANTS'
                                            MOTION FOR EXTENSION OF TIME TO
11        v.                                SERVE RESPONSE TO PLAINTIFF'S
                                            SECOND REQUEST FOR PRODUCTION OF
12   A. CALDERON, et al.,                   DOCUMENTS

13                    Defendants.           (Doc. 26)
     _____/

14

15        On January 31, 2006, Defendants filed a motion seeking an extension of time up to and

16   including March 1, 2006, within which to serve a response to Plaintiff's second request for the

17   production of documents.  Defendants' motion is HEREBY GRANTED, and Defendants' response

18   is due on or before **March 1, 2006**.

19

20   IT IS SO ORDERED.

21   **Dated:    February 10, 2006**              _____/s/ Sandra M. Snyder_____
     i0d3h8                                       UNITED STATES MAGISTRATE JUDGE
22

23
24
25
26
27
28

1