UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DEBACCO, | 1:04-CV-5282-OWW-SMS-P |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO SERVE RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS |
| v. | |
| A. CALDERON, | (DOCUMENT #30) |
| Defendants. | |

On February 22, 2006, defendants sought an extension of time of thirty days, to and including March 27, 2006, to respond to plaintiff's First Request for Admissions. GOOD CAUSE APPEARING, defendants' request is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   March 7, 2006**          **/s/ Sandra M. Snyder**
i0d3h8                                       UNITED STATES MAGISTRATE JUDGE