1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JAMES DeBACCO,                          CASE NO. 1:04-CV-05282 OWW SMS P

10                    Plaintiff,           ORDER GRANTING DEFENDANTS'
                                           MOTION FOR EXTENSION OF TIME TO
11         v.                              FILE A DISPOSITIVE MOTION

12  A. CALDERON, et al.,                   (Doc. 36)

13                    Defendants.
    _____/
14

15         On June 29, 2006, Defendants filed a motion seeking an extension of time up to and

16  including July 21, 2006, within which to file a pre-trial dispositive motion.  Defendants' motion for

17  an extension of time is HEREBY GRANTED, and Defendants' dispositive motion is due on or

18  before **July 21, 2006**.

19

20  IT IS SO ORDERED.

21  **Dated:    June 30, 2006**                    _____/s/ Sandra M. Snyder_____
    i0d3h8                                         UNITED STATES MAGISTRATE JUDGE
22

23
24
25
26
27
28