UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DEBACCO, | 1:04-cv-05282-OWW-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 48) |
| vs. | **ORDER GRANTING MOTION AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST** (Doc. 43) |
| A. CALDERON, et al., | |
| Defendants. | |

Plaintiff James DeBacco ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 7, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On January 3, 2007, plaintiff filed an objection to the Magistrate Judge's Findings and Recommendations.

1

"[E]xhaustion is mandatory under the PLRA and . . . unexhausted claims cannot be brought in court." Jones v. Bock, Nos. 05-7058, 05-7142, 2007 WL 135890, *8 (Jan. 22, 2007) (citing Porter v. Nussle, 435 U.S. 516, 524 (2002)).  The events giving rise to the claims at issue in this action occurred on October 22, 2002, December 13, 2002, and February 6, 2003.  Plaintiff did not file an inmate appeal grieving these events.  Plaintiff's claims are therefore unexhausted and plaintiff may not proceed with this action.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 7, 2006, is ADOPTED IN FULL;
2. Defendants' motion for summary judgment, construed as one for dismissal pursuant to the unenumerated portion of Rule 12(b) motion, filed August 7, 2006, is GRANTED; and,
3. This action is DISMISSED in its entirety, without prejudice, based on plaintiff's failure to exhaust the available administrative remedies prior to filing suit.

IT IS SO ORDERED.

Dated:   February 7, 2007                /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE